In the Matter of the Application of Nathaniel N. Shire for a Peremptory or Alternative Writ of Mandamus, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Motion granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of the South Shore Traction Company for the Appointment of Three Commissioners to Determine Whether that Portion of Its Proposed Railroad Located upon Hoffman Boulevard, Borough of Queens, City of New York, Ought to Be Constructed.— Motion granted and the following are appointed commissioners : Paul Grout, Esq., Morris U. Ely, Esq., and Bert L. Rich, Esq.   Present — Jenks, Burr, Thomas and Carr, JJ.

In the Matter of Supplementary Proceedings in Title Guarantee and Trust Company, Respondent, v. Max Brown, Appellant.— Motion denied, without costs.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

John Klein, as Trustee in Bankruptcy, etc., Respondent, v. Samuel Gallin and Others, Appellants.— Motion to resettle order granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Adam Lamb, Respondent, v. Henry C. Friedman, Appellant.— Motion granted on condition that the defendant pay ten dollars costs, perfect his appeal and be ready for argument on the 3d day of May, 1910 ; otherwise motion denied, with ten dollars costs.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

The People of the State of New York ex rel. Everett E. Wheeler, Appellant, v. The City of New York and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.   Settle order before Mr. Justice Rich.

Frank W. A. Rebstein, Respondent, v. Max Danziger, Appellant.— Motion denied, on authority of *Platz* v. *City of Cohoes* (8 Abb. N. C. 392), without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Simon Schneider and Others, Appellants, v. Joseph Pines, Respondent.— Motion denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Josephine A. Schuller, Appellant, v. Filippo Todaro, Respondent, Impleaded, etc.— Motion for reargument denied, without costs, and without prejudice to a renewal at Special Term of the motion for a stay if the complaint in *Todaro* v. *Somerville Realty Co.* (136 App. Div. 767; 137 id. 903) has been amended to state a cause of action against the plaintiff herein.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Christopher Staiger, Respondent, v. Robert H. Klitz and Charles R. Jung, Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Olof Thomson, Appellant, v. The Board of Education of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

August Wahler, Jr., Plaintiff, v. The Long Island Railroad Company, Defendant.— Motions denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Margaretta Wetherill Wallace and Others, as Executors, etc., Appellants, v.